UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| MARCAP CORPORATION, an Illinois corporation, <br><br> Plaintiff, <br><br> v. <br><br> TRI-PACIFIC IMAGING CORPORATION, a California corporation, CALVIN SHEPHARD and SHARON SHEPHARD <br><br> Defendants. | Case No: 2:06-mc-0073-FCD-DAD <br><br> Honorable Frank C. Damrell, Jr. <br><br> ORDER GRANTING MOTION FOR TERMINATION OF RECEIVERSHIP, DISCHARGE OF THE RECEIVER, APPROVAL OF RECEIVER'S FINAL ACCOUNT, AND EXONERATION OF BONDS |

This matter is before the court on the Motion of Robb Evans & Associates, LLC ("Receiver"), the duly appointed and currently serving Receiver for the estate of defendant TRI-PACIFIC IMAGING CORPORATION, a California corporation, CALVIN SHEPHARD and SHARON SHEPHARD, for orders approving the Receiver's Final Account and granting the relief set forth therein, including terminating the Receivership, discharging the Receiver, and exonerating bonds. There was no opposition filed in response to the Motion, and

1

therefore, the court submits the motion on the papers without oral argument.  E.D. Cal. L.R. 78-230(h).

    Based on the moving papers, the pleadings and papers on file in the action, and good cause appearing, it is hereby ordered:

1. The Receiver's Final Account is approved;
2. The actions and activities undertaken by the Receiver are approved;
3. The expenses of the Receivership, including the Receiver's fees and expenses, those of his staff and his attorney, post-Receivership advances, auction expenses, and other expenses, are approved for payment;
4. The proposed payment of any funds in the Receivership Estate to the plaintiff MARCAP CORPORATION, an Illinois corporation, is approved;
5. The Receiver is authorized to dispose of the books and records of TRI-PACIFIC IMAGING CORPORATION, unless Plaintiff or Defendant take possession of such books and records at the Receiver's designated storage location(s), within thirty (30) days after the hearing approving the Final Account;
6. The Receivership is terminated;
7. The Receiver and his staff are discharged of all liability; and

ORDER ON MOTION FOR APPROVAL OF FINAL ACCOUNT, ETC.

8. All bonds posted by the Receiver and by plaintiff are exonerated.

Dated: September 9, 2008

FRANK C. DAMRELL, JR.
JUDGE OF THE DISTRICT COURT